IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **RASHEED GRIFFIN, on behalf of** ) <br> **Himself and others similarly-situated,** ) <br>  ) <br>   **Plaintiff,**  ) <br>  ) <br> v.  ) Case No. 1:21-cv-00195-HSO-RHWR <br>  ) <br> **LIL DADDY PIZZA, LLC,**  ) Jury Demanded <br> **BIG DADDY PIZZA, LLC, and**  ) <br> **MATTHEW MAGEE,**  ) <br>  ) <br>   **Defendants.**  ) | |

## JOINT MOTION TO STAY PENDING MEDIATION

The Parties respectfully request, as a matter of facilitating potential settlement of the claims in this lawsuit, that the Court approve a stay of these proceedings, pending mediation, and in support thereof would show the Court as follows:

1. Plaintiff, Rasheed Griffin, on behalf of himself and others similarly-situated ("Plaintiff") filed this suit on June 8, 2021, against Defendants Lil Daddy Pizza, LLC, Big Daddy Pizza, LLC, and Matthew Magee ("Defendants"), asserting a single cause of action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA").

2. Following discussions after Plaintiff filed this lawsuit, as a means of facilitating potential settlement, the Parties have agreed to the following mediation procedure.

1

3. Notwithstanding the Parties' agreement to attempt to resolve the issues raised in this lawsuit on a collective basis at mediation, the Parties acknowledge that, in the event this case does not settle, Plaintiff retains the burden to move for and obtain collective action certification, and Defendants reserve the right to oppose such motion, and to file their own motion to later decertify the collective action, to the extent the Court grants certification of Plaintiff's motion.

4. The Parties respectfully request that the Court stay these proceedings (including Defendants' obligation to file an Answer or to otherwise respond to the Complaint) for a period of **120 days** and cancel any upcoming in-Court scheduling and management conferences while they attempt to reach a settlement. If settlement is not achieved, the Parties request the Court set a date for a proposed scheduling order and case management conference after they notify the Court that settlement efforts were unsuccessful.

5. The Parties have agreed to the following exchange of information to facilitate settlement discussions. Defendants will produce summary class-wide data of the miles driven and reimbursements paid at each of Defendant Lil Daddy Pizza, LLC and Defendant Big Daddy Pizza, LLC's stores in the States of Mississippi and Louisiana, broken down by year and by location, for the period three years prior to the date of the Court's Order approving the Stay. Defendants agree to produce this data within **60 days** following the Court's Order approving the Stay.

6. The Parties shall mediate or engage in other good-faith negotiations within **30 days** following Plaintiff's receipt of the information provided in Section 5.

7. All materials exchanged by the Parties pursuant to this Motion shall be deemed CONFIDENTIAL SETTLEMENT MATERIALS. In the event that settlement is not reached, Plaintiff's counsel agrees to return the data and information produced pursuant to this Motion and shall not use that information for any purposes other than mediation.

8. The Parties agree to share equally the costs and fees of the mediator, who is to be selected by agreement of the Parties.

9. Nothing contained in this Motion shall be construed as a factual or legal admission.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the agreements contained herein and staying this matter pending mediation.

DATED this, the 6th day of December, 2021.

*/s/ William B. Ryan (w/permission)*
William B. Ryan (MS Bar No. 99667)
**DONATI LAW, PLLC**
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-3111
Email: billy@donatilaw.com

*Counsel for Plaintiff and others similarly-situated*

*/s/ Courtney Leyes*
Courtney Leyes (MS Bar No. 103158)
**FISHER & PHILLIPS LLP**
3310 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: (615) 488-2900
Facsimile: (615) 488-2928
Email: cleyes@fisherphillips.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Courtney Leyes, hereby certify that on this, the 6th day of December, 2021, I electronically filed the foregoing ***Joint Motion to Stay Pending Mediation*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

William B. Ryan
**DONATI LAW, PLLC**
1545 Union Avenue
Memphis, TN 38104
billy@donatilaw.com

*/s/ Courtney Leyes*
Courtney Leyes
