IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| RASHEED GRIFFIN, on behalf of Himself and others similarly-situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:21-cv-00195-HSO-RHWR ) |
| LIL DADDY PIZZA, LLC, BIG DADDY PIZZA, LLC, and MATTHEW MAGEE, | ) Jury Demanded ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION
## TO STAY PENDING MEDIATION

The Parties having agreed pursuant to the Joint Motion to Stay Pending Mediation for purposes of pursuing settlement and other good cause appearing:

**IT IS HEREBY ORDERED** that this litigation (including Defendants' deadline to Answer or otherwise respond to the Complaint) is **STAYED** for 120 days; and

**IT IS FURTHER ORDERED** that Defendants shall provide Plaintiff the agreed-upon data and information set forth in Section 5 of the Parties' Joint Motion within 60 days of the date of this Order; and

**IT IS FURTHER ORDERD** that the Parties shall mediate or engage in other good-faith negotiations within 30 days following Plaintiff's receipt of the information provided in Section 5 of the Parties' Joint Motion; and

1

2

**IT IS FURTHER ORDERED** that all further agreements between the Parties set forth in their Joint Motion are **APPROVED** and it is **ORDERED** that the Parties shall adhere thereto, subject to further order of the Court.

SO ORDERED, this 13th day of December, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE