IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **DYLAN BREWER,** individually and on behalf of similarly situated persons,<br><br>               Plaintiff,<br><br>   v.<br><br>**LIL DADDY PIZZA LLC, BIG DADDY PIZZA, LLC, ACEE PIZZA LLC, and MATTHEW MAGEE**,<br><br>              Defendants. | **Civil Action No: 1:21-cv-00195-HSO-RHWR**<br><br>**Jury Demanded** |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

This matter is before the Court on the Parties' Joint Motion for Preliminary Approval of Settlement Agreement, and Memorandum in Support (the "Motion"). Having carefully considered the Motion, the undersigned will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the Court hereby:

(1)  certifies a FLSA collective action pursuant to Section 216, for settlement purposes;

(2)  certifies a class action pursuant to Rule 23, for settlement purposes;

(3) appoints Plaintiff Dylan Brewer as Class Representative and appoints Forester Haynie PLLC and Donati Law, PLLC as Class Counsel;

(4)   preliminarily finds that the Parties' settlement appears to be fair, reasonable, and adequate as to the members of the class, subject to any objections that may be raised at the final fairness hearing and final approval of class settlement by this Court;

(5)   grants preliminary approval of the settlement;

(6) approves as to form and content the Parties' proposed Class Notice and Claim Form as reasonable notice practicable under the circumstances and in full compliance with applicable law;

(7) orders that each Settlement Class Member be given a full opportunity to file a claim, object to, or opt-out of the Settlement, and to participate at the final approval hearing; and

(8) schedules a final approval hearing at least 100 days following the Court's Order.

**SO ORDERED** this 1st day of June, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE