IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **DYLAN BREWER,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**LIL DADDY PIZZA LLC, BIG DADDY PIZZA, LLC, ACEE PIZZA LLC,** and **MATTHEW MAGEE,**<br><br>Defendants. | Case No. 1:21-cv-00195-HSO-RHWR<br><br>**Jury Demanded** |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Dylan Brewer ("Plaintiff"), individually and on behalf of similarly situated persons, by and through their undersigned counsel, respectfully requests that this Court grant final approval of the Settlement Agreement ("Agreement") (previously filed under seal as Dkt. #32) reached by the Parties to this action. The Agreement allowed Delivery Drivers to participate in the settlement on a hybrid class and collective action basis and tracks the settlement structure that was previously and finally approved by numerous other federal courts.[1] Defendants are not opposed to this Motion or the relief sought herein.

As set forth below, the Agreement is fair and reasonable and should be approved by the Court. Accordingly, the Parties respectfully request the Court issue an Order:

(1)   Finally certifying the collective action pursuant to Section 216(b) of the FLSA

---

[1] *See also Mason v. D&D Pizza, Inc., et al,* Case No. 1:21-cv-00107 (ED MO) (Dkt. No. 35, order granting final approval of class and collective action settlement); *Hiebert v. 2 Bits Pizza, LLC, et al.* Case No. 1:21-cv-00492 (D ID) (Dkt. No. 27, order granting final approval of class and collective action settlement); *Neira v. Goodfella's Pizza, Inc., et al.,* Case No. 1:19-cv-00280 (WD NC) (Dkt. No. 44, order granting final approval of class and collective action settlement*); Martin v. Riverside Pizza Company, et al.*, Case No. 4:21-cv-00670 (ED MO) (Dkt. No. 31, order granting final approval of class and collective action settlement); *Telleria v. Boise Pizza, Inc., et al*. Case No. 1:21-cv-00271 (D ID) (Dkt. No. 27, order granting final approval of class and collective action settlement).

1

and the class action pursuant to Federal Rule of Civil Procedure 23 for settlement purposes;

(2) granting final approval of the Agreement and adjudging its terms to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

(3) Finding that Defendants have complied with all their obligations pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA") with respect to this class action settlement;

(4) approving distribution of the Net Settlement Fund, as defined in the Agreement, to the Participating Class Members;

(5) approving a service award payment in the amount specified in the Agreement to Named Plaintiff Dylan Brewer;

(6) approving payment of the actual costs of the Settlement Claims Administrator in the amount specified in the Declaration of Jeffrey D. Johnson and advanced litigation costs to Class Counsel in the amount set forth in the Declaration of J. Forester, not to exceed the amount set forth in the Agreement;

(7) approving attorneys' fees to Collective Counsel[2] in an amount not to exceed 33% of the Total Settlement Amount;

(8) permanently enjoining all Settlement Class Members (other than those who filed timely and valid Exclusion Letters) from prosecuting against Defendants and the Released Parties (as defined in the Agreement) any and all of the Settlement Class Members' Released Claims (as defined in the Agreement);

(9) permanently enjoining the Class Representative from prosecuting against Defendants and the Released Parties (as defined in the Agreement) any and all of the Class Representative's Released Claims (as defined in the Agreement); and

(10) entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

The settlement meets the standards for approval of a class and collective action settlement and this Motion should be approved.

Respectfully submitted,

*/s/ Katherine Serrano*

---

[2] The term "Collective Counsel" refers to the attorneys who represent Plaintiffs and the Collective Members.

Katherine Serrano*
**FORESTER HAYNIE PLLC**
400 N. St. Paul St., Ste. 700
Dallas, Texas 75201
T: (214) 210-2100
F: (469) 399-1070
kserrano@foresterhaynie.com
*Admitted pro hac vice*

William B. Ryan – MS Bar #99667
**DONATI LAW, PLLC**
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
Email: billy@donatilaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of records via the Court's Electronic Filing System.

*/s/ Katherine Serrano*
Katherine Serrano*