IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DYLAN BREWER,** *individually and on behalf of all others similarly situated* | § § § § | **PLAINTIFF** |
| v. | § § § | Civil No. 1:21-cv-00195-HSO-BWR |
| **LIL DADDY PIZZA LLC, BIG DADDY PIZZA, LLC, ACEE PIZZA LLC, AND MATTHEW MAGEE** | § § § § § § | **DEFENDANT** |

# FINAL JUDGMENT

In accordance with the Court's Order Granting Plaintiff's Unopposed Motion [37] for Final Approval of Class and Collective Action Settlement entered on this date, and the Court's conclusions and findings made on the record at the Final Fairness Hearing held on this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE